

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
4 independence Way, Ste. 120
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

www.reitlerlaw.com

July 2, 2020

> Conference adjourned to September 24, 2020 at 11:30 a.m.
>
> SO ORDERED.
> July 2, 2020.
>
> _/s/ P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

**VIA ECF**
Honorable P. Kevin Castel
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007

Re:   **AWAL Digital Ltd. v. eMusic.com Inc.**
      **Case No. 20-cv-03346-PKC**

Dear Judge Castel:

    We are the attorneys for Plaintiff AWAL Digital Ltd. formerly known as AWAL UK Ltd. ("Plaintiff") in the above-referenced action. We submit this letter in advance of the initial pretrial conference in this matter currently scheduled for July 8, 2020 at 11:00 a.m.

    Defendant eMusic.com Inc. ("Defendant") was served with the Summons and Complaint, as well as the Initial Pretrial Conference Order [ECF Doc. 7] on May 8, 2020. Defendant has failed to appear in this action or respond to the complaint. Defendant's time to do so expired on May 29, 2020. Upon Plaintiff's application, the Clerk entered a Certificate noting Defendant's Default on the docket yesterday [ECF Doc. No. 13], and it is Plaintiff's intention to move for a default judgment against Defendant. Moreover, given Defendant's default, Plaintiff has been unable to meet or confer with Defendant or its counsel to prepare a Case Management Order or pre-conference letter to the Court.

    Under the circumstances, we respectfully request that the initial pretrial conference be adjourned to permit Plaintiff time to prepare and file its default judgment motion. Thank you for your attention to this matter.

Respectfully yours,

/s Julie B. Wlodinguer

Julie B. Wlodinguer

257379