UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AWAL DIGITAL LTD.,

                Plaintiff,                20-cv-3346 (PKC)

      -against-                ORDER

EMUSIC.COM INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Unless and until a settlement agreement is filed on the public record, the Court will not retain jurisdiction to enforce a settlement that the public cannot see.

        SO ORDERED.

                                                        P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          December 22, 2020